## Woodruff v. Adair.

APPEAL from the City Court of Talladega, in Equity.
Heard before the Hon. JOHN W. BISHOP.

S. W. JOHN, for appellant.

BROWNE & DRYER and KNOX, BOWIE & DIXON, for
appellee.

Mary J. Adair filed an original bill on the 20th day of
November, 1896, and as amended it made Mrs. T. S.
Phillips and her husband, H. W. Phillips, J. W. Ryder,
Mrs. Sarah E. Woodruff and others respondents. On
the 20th day of February, 1897, Mrs. Phillips and her
said husband filed a separate answer, which they also
made a separate cross bill to the original bill. On the
21st day of October, 1897, the respondent, Sarah E.
Woodruff, filed her cross bill; making two cross bills in
this suit. Afterwards, Mrs. Phillips and her husband,
separately moved to dismiss Mrs. Woodruff's cross bill, on
the ground that it contained no equity. They each de-
murred also, assigning various grounds of demurrer.
Upon a hearing of the motion to dismiss and the
demurrers, the court below was of the opinion that,
treating as amended all amendable defects in Mrs.
Woodruff's cross bill, it would still be wanting in equity,
and rendered a final decree dismissing it for want of
equity. From this decree Mrs. Woodruff appeals, and
she assigns its rendition as error.

The appeal is dismissed on the authority of *Barclay v.
Spraggins*, 80 Ala. 351; *Jones v. Woodstock Iron Co.*, 90

Ala. 545; *Festorazzi v. St. Joseph's Catholic Church,* 96 Ala. 178, holding that an appeal does not lie from an interlocutory decree sustaining the demurrers to a cross bill or granting a motion to dismiss it for the want of equity.

Opinion by BRICKELL, C. J.